IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
KENNETH J. MURPHY
CLERK

03 SEP 29 PM 3:50

U.S. DIST. COURT
WEST. DIST. OHIO
CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
|  | ) CASE NO: C-1-00-0153 |
| vs. | ) |
| SONIA LEAKS, | ) MAGISTRATE JUDGE SHERMAN |
| SSN: XXX-XX-3888 | ) |
| Defendant, | ) |
| and | ) |
| Twin Towers Retirement Community | ) |
| Garnishee. | ) |

## ANSWER OF THE GARNISHEE

_Phyllis Hamilton_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

A.    That he/she is the _Payroll Mgr_ (state official title, relationship, etc.) of Garnishee, Twin Towers Retirement Community.

B.    On _Sept 9_, 2003, Garnishee was served with the Writ of Continuing Garnishment. As of this date of service Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ✓ Yes ___ No. (If the answer is yes, complete items 1 and 2 below):

1.    Debtor's pay period is ___ weekly, ✓ bi-weekly, ___ semi-monthly, ___ monthly. Enter the date the present pay period began. _9/9/03_ ("Present" means the pay period in which this order and notice of garnishment were served) Enter the date the above pay period ends. _9/20/03_

2.  The amount of the Debtor's net wages are:
    a) Gross Pay                                   2161.63
    b) Federal Income Tax                           210.32
    c) F.I.C.A. Income Tax                          167.66
    d) State Income Tax                             127.29
    e) Total of tax withholdings                            505.27
    f) Net Wages ( total is (a) less total of (e))          1656.36

C.  Have there been, or are there currently, other garnishments in effect? (Including, but not limited to, child support and alimony.) _____ Yes __✓__ No.

    If the answer is yes, describe below.

    _____

    _____

D.  In addition to earnings, the Garnishee has custody, control or possession of non-earnings property (such as commissions, bank accounts, stocks, ect.) in which the Debtor maintains an interest. _____ Yes __✓__ No (If the answer is yes, describe below)

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

E.  Garnishee anticipates owing to the Debtor in the future, the following amounts (non-earnings only):

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

F.  Complete items 1 through 3 below, if applicable:

   1. The Garnishee makes the following claim of exemption on the part of Debtor as indicated on the Claim for Exemption Form.

   _____
   _____
   _____

   2. The Garnishee has the following objections, defenses or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Debtor upon Plaintiff's claim:

   _____
   _____
   _____

   3. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Garnishee has an interest; and is not liable as Garnishee in this action for the following reason(s):

   _____
   _____
   _____

G.  The Garnishee delivered or mailed a copy of the original of this Answer by first-class mail to:

   (1) Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #326 Cincinnati, OH 45202

   (2) the Debtor:
   Sonia Leaks
   6012 Lantana Ave # 9
   Cincinnati, OH 45224

   (3) the attorney for the United States:

   Deborah F. Sanders
   Assistant United States Attorney
   Southern District of Ohio
   303 Marconi Boulevard, Suite 200
   Columbus, Ohio 43215-2401

_Phyllis Hamilton Payroll Mgr._
_Twin Towers_
Garnishee

Subscribe and sworn to before me this ____ day of _____, 2003.

_____
Notary Public
My Commission expires: _____

JACQUELYN JONES
Notary Public, State of Ohio
My Commission Expires Aug. 2, 2004

## ATTACHMENT TO ANSWER OF GARNISHEE

**The Original Answer must be mailed to:**

    Clerk U.S. District Court U.S. Postoffice & Courthouse, Rm #326 Cincinnati, OH 45202

**and a copy of this Answer to:**

    Deborah F. Sanders
    Assistant United States Attorney
    Southern District of Ohio
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215-2401

**and a copy of this Answer to the Defendant:**

    Sonia Leaks
    6012 Lantana Ave # 9
    Cincinnati, OH 45224