IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>SONIA LEAKS,<br><br>SSN: 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<br>Defendant,<br><br>and<br><br>Twin Towers Retirement Community<br><br>Garnishee. | )<br>)<br>) CASE NO: C-1-00-0153<br>)<br>)<br>) MAGISTRATE JUDGE SHERMAN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE ON JUDGMENT DEBTOR
AND ON GARNISHEE**

This is to certify under penalty or perjury that on September 2, 2003, the following documents were mailed, by certified mail, return receipt requested, to the Defendant Sonia Leaks, 6012 Lantana Ave # 9, Cincinnati, OH 45224.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee; and

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

Attached hereto as "Exhibit A" is a copy of the return receipt card evidencing the receipt of said mailings on September 12, 2003.

I further certify under penalty or perjury that on September 2, 2003, the following documents were mailed, by certified mail, return receipt requested to Garnishee, Twin Towers Retirement Community, Attn: Human Resources, 5343 Hamilton Ave, Cincinnati, OH 45224.

1. Application for Writ of Continuing Garnishment;

2. Clerk's Notice of Garnishment, to which was attached a Claim for Exemption form with Instructions to Debtor.

3. Writ of Continuing Garnishment;

4. Instructions to the Garnishee;

5. Notice of Instructions to the above-named Defendant/Debtor for Objecting to Answer of Garnishee and for Obtaining a Hearing on the Objections.

6. Answer of the Garnishee.

Attached hereto as "Exhibit B" is a copy of the Return of Service document evidencing service on September 3, 2003.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715