**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage

Postmark Here: 2 SEP 2003

Sent To: Sonia Leaks
Street, Apt. No.; or PO Box No.: 6012 Lantana Ave. Apt. 9
City, State, ZIP+4: Cincinnati, OH 45224

7001 2510 0006 5421 9753

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sonia Leaks
6012 Lantana Ave.
Apt. 9
Cincinnati, OH 45224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X *Sonia J. Leaks*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Sonia J. Leaks
C. Date of Delivery:

[COLLEGE HILL CINCINNATI SEP 12 2003 OH-USPS 45224]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0006 5421 9753

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509



PLAINTIFF'S EXHIBIT A