**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted (Endorsement)
Total
Sent To

7001 2510 0006 5421 9760

Postmark Here: 2 SEP 2003

Twin Towers Retirement Community
5343 Hamilton Ave.
Cincinnati, OH 45224

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Twin Towers Retirement Community
5343 Hamilton Ave.
Cincinnati, OH 45224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Darlene M. Fandrey — ☐ Agent ☐ Addressee
B. Received by (Printed Name): DM FANDREY
C. Date of Delivery: 9-3-03
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0006 5421 9760

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2509



PLAINTIFF'S EXHIBIT B