**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | )<br>)<br>) CASE NO:  C-1-00-153 |
| vs. | )<br>) |
| SONIA LEAKS, | ) MAGISTRATE JUDGE SHERMAN |
| SSN: XXX-XX-3888 | )<br>) |
|     Defendant, | )<br>) |
| and | )<br>) |
| TWIN TOWERS RETIREMENT COMMUNITY, | )<br>) |
|     Garnishee. | ) |

**NOTICE OF ACCOUNTING IN GARNISHMENT**

Pursuant to Title 18, U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Order of Garnishment filed in the above entitled action.

Pursuant to the Order of Garnishment, payments have been withheld from the Judgment Debtor and applied to the judgment debt in accordance with the attached Exhibit A.  The judgment debt has been paid in full.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/ Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Blvd, Suite 200
Columbus, Ohio 43215
(614) 469-5715