```
RUN DATE:09-APR-2004          Leaks - Act in Garn.txt
                                 PAYMENT HISTORY                           Inquiry G
                                                                                  Page: 1
COURT NUMBER:   C-1-00-0153
DEBTOR: Leaks, Sonia            FOR:  2000Z00042 / 001
COLLECTION TYPE: WA
CURRENT BALANCE:      $0.00

SEQ  CODE DATE RCVD    FORM RCVD BY  RECEIVED FROM         DEPOSIT NBR   CHECK NBR   PAYMENT AMOUNT  POST DATE
----  ---- -----------  ---- ---- --  --------------------  -----------   ---------   --------------  -----------
0026 PMNT 17-NOV-2003   GR        G   Twin Towers/S.Leaks   OHS /04/031   80141       $1,656.36       17-NOV-2003
0027 PMNT 11-DEC-2003   GR        G   TwinTowers/S.Leaks    OHS /04/047   77822       $  414.09       11-DEC-2003
0029 PMNT 19-DEC-2003   GR        G   Twin Towers           OHS /04/053   77916       $  414.09       19-DEC-2003
0030 PMNT 07-JAN-2004   GR        G   Twin Towers           OHS /04/062   78128       $  414.09       07-JAN-2004
0031 PMNT 16-JAN-2004   GR        G   Twin Towers           OHS /04/068   78251       $  414.09       16-JAN-2004
0032 PMNT 26-JAN-2004   GR        G   Twin Towers           OHS /04/073   078500      $  414.09       26-JAN-2004
0033 PMNT 13-FEB-2004   CH        Y   Twin towers           OHS /04/087   78658       $  414.09       13-FEB-2004
0035 PMNT 15-MAR-2004   GR        G   Twin Towers/S.Leaks   OHS /04/106   79022       $  125.64       15-MAR-2004
0036 PMNT 17-MAR-2003   GR        G   Twin Towers           OHS /04/107   78936       $  323.06       17-MAR-2004

                                                                                     $4,589.60  *
TOTAL DOLLAR AMOUNT OF PAYMENTS:   $4,589.600


                                                                                     Page 1
```

PLAINTIFF'S EXHIBIT 4