IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  vs.                              : CIVIL NO: C-1-00-0153
                                    : JUDGE WEBER

**SONIA LEAKS,**

        **Defendant.**

### SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

                                    Respectfully submitted,

                                    GREGORY G. LOCKHART
                                    United States Attorney

                                    s/ Deborah F. Sanders
                                  DEBORAH F. SANDERS (0043575)
                                  Assistant United States Attorney
                                  303 Marconi Blvd, Suite 200
                                  Columbus, Ohio 43215
                                  (614) 469-5715

N:\_ECF Workload\DSanders\Leaks - Sat of Judg.wpd